IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOANNA BOWMAN AND JOHN BOWMAN, JR.,** | : | CIVIL ACTION NO. 1:16-CV-1140 |
| Plaintiffs | : | (Chief Judge Conner) |
| v. | : | |
| **BRISTOL-MYERS SQUIBB COMPANY**, *et al.*, | : | |
| Defendants | : | |

### ORDER

On July 1, 2016, Defendants Bristol-Myers Squibb Company, Otsuka America Pharmaceutical, Inc., and Otsuka Pharmaceutical Co., Ltd. filed an unopposed motion (Doc. 16) to stay all proceedings until the resolution by the Judicial Panel on Multidistrict Litigation of the Parties' joint motion to establish a multidistrict litigation ("MDL").

IT IS SO ORDERED that all proceedings in this case are hereby stayed until resolution of the Parties' joint motion to establish an MDL for Abilify® compulsive behavior litigation nationwide.

Defendants' motion to stay all proceedings is hereby GRANTED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania

Dated:     July 5, 2016